FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/14/2020
JEFFREY P. COLWELL, CLERK

Affidavit in Support of Pro Se Legal Filing by Amanda Tucker

I am a Colorado Resident residing at 62 Haystack Lane Snowmass Colorado 81654

I hereby attest that any and all legal arguments raised are not frivolous or made in bad faith , they are warranted by existing law or good faith argument for the extension , modification , or reversal of existing law , that this court is a proper venue for this action, is not interposed for any improper purpose such as delay , harassment or to needlessly increase the cost of litigation and that she will comply with all Federal and Local Rules of the Court

I attest that the above under penalty of perjury is true and accurate on October 13th 2020

By,
Amanda Tucker MD
*Pro se*
62 Haystack Lane, Snowmass, Colorado 81654 [
atuckermd@yahoo.com